UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BRIAN A. CLARKE *et al.*,

                        Plaintiffs,         23 Civ. No. 02158 (GS)

      -against-                             **ORDER**

CITY OF NEW YORK,

                        Defendant.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      The parties have filed a joint stipulation to reinstate the claims of three Plaintiffs—Alisha Morgan, Andre Nesbeth, and Kenneth Auguste—who were previously dismissed in error pursuant to stipulation on April 3, 2024. (Dkt. No. 41). The prior dismissal was without prejudice. (Dkt. No. 40). The Court agrees that this relief is appropriate and will so-order the proposed stipulation. *See Norfleet v. City of New York*, No. 12 Civ. 4637 (ER), 2015 WL 765948, at *6 (S.D.N.Y. Feb. 23, 2015) (reinstating claims of plaintiffs who were previously dismissed without prejudice after they indicated a willingness to prosecute their claims).

      **SO ORDERED.**

DATED:    New York, New York
               April 10, 2024

                                                    _____
                                                    The Honorable Gary Stein
                                                    United States Magistrate Judge